# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00508-CV

**Daniel J. Peterson, d/b/a Chiarello Investments, d/b/a
Home Equity Lending.com, Appellant**

**v.**

**County Line, Inc., James Houchins and Greg A. Weithoner, Appellees**

**FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
NO. C-1-CV-06-001650, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Daniel Peterson filed a motion requesting that his appeal be dismissed. *See*

Tex. R. App. P. 42.1(a)(1).  We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Chief Justice Law, Justices Waldrop and Henson

Dismissed on Appellant's Motion

Filed:   July 30, 2008